No. 95–811.  LOKEN v. CENTURY 21-AWARD PROPERTIES.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 95–821.  MARTIN, GUARDIAN AND CONSERVATOR OF MARTIN v. MARTIN ET AL.  Sup. Ct. Mich.  Certiorari denied.

No. 95–824.  MEYER v. SHEARSON LEHMAN BROTHERS, INC., FKA SHEARSON LEHMAN HUTTON, INC.  C. A. 11th Cir.  Certiorari denied.

No. 95–834.  SHOP 'N SAVE WAREHOUSE FOODS, INC. v. UNITED FOOD AND COMMERCIAL WORKERS, AFL–CIO–CLC, LOCAL UNION No. 88.  C. A. 8th Cir.  Certiorari denied.

No. 95–837.  JORDAN v. HAWKER DAYTON CORP. ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 95–838.  COLLINS ET AL. v. CITY OF NEW YORK.  C. A. 2d Cir.  Certiorari denied.

No. 95–842.  RAMSDELL v. MACHIAS SAVINGS BANK ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 95–843.  BUSH v. JONES ET AL.  Ct. App. Mich.  Certiorari denied.

No. 95–849.  CRANDON v. DUNNICK, COMMISSIONER OF THE KANSAS BANKING COMMISSION.  Sup. Ct. Kan.  Certiorari denied.

No. 95–852.  TYUS ET AL. v. BOSLEY, MAYOR, ST. LOUIS, MISSOURI, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 95–854.  LOWE'S MARKETS, INC., DBA ST. HELENS SHOP N' KART v. MACKILLOP ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 95–855.  BAIR, DIRECTOR, IOWA DEPARTMENT OF REVENUE AND FINANCE v. BURLINGTON NORTHERN RAILROAD CO.  C. A. 8th Cir.  Certiorari denied.

No. 95–859.  BARBOUR v. DYNAMICS RESEARCH CORP.  C. A. 1st Cir.  Certiorari denied.